UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS CARP, <br> ROBERT CARP <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED CULTIVATION, LLC <br> BLUE AND YELLOW HOLDINGS, LLC <br> MICHAEL SPENGLER <br> CAROLYN SPENGLER <br> STEVEN PHANEUF <br> DANIELLE PHANEUF <br> KERSTIN PHANEUF <br> NEIL PHANEUF, JR. <br><br> Defendants. | Civil Action No. 1:22-cv-12202-DJC |

**STIPULATION OF DISMISSAL OF BLUE AND YELLOW HOLDINGS, LLC, MICHAEL SPENGLER, CAROLYN SPENGLER, STEVEN PHANEUF, DANIELLE PHANEUF, KERSTIN PHANEUF, AND NEIL PHANEUF, JR. AS DEFENDANTS**

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), and in the interest of judicial economy, the parties stipulate to dismissing the following defendants from the above-matter *without prejudice*: Blue and Yellow Holdings, LLC, Michael Spengler, Carolyn Spengler, Steven Phaneuf, Danielle Phaneuf, Kerstin Phaneuf, and Neil Phaneuf, Jr.

United Cultivation, LLC will remain the sole defendant.

Respectfully Submitted,

Dated:  January 23, 2023

| | |
|---|---|
| DOUGLAS CARP and ROBERT CARP<br><br>/s/ Robert H. Carp (with permission)<br>Robert H. Carp (pro se)<br>21 Eastern Point Road<br>Gloucester, MA 01930<br>Phone: 213-533-0053<br>rcarp@post.harvard.edu | UNITED CULTIVATION, LLC, BLUE AND YELLOW HOLDINGS, LLC, MICHAEL SPENGLER, CAROLYN SPENGLER, STEVEN PHANEUF, DANIELLE PHANEUF, KERSTIN PHANEUF, NEIL PHANEUF, JR.<br><br>By their attorneys,<br><br>/s/ Tony K. Lu<br>Tony K. Lu, Esq. (BBO #678791)<br>Dentons US LLP<br>One Beacon Street, Suite 25300<br>Boston, MA 02108<br>Telephone:  617-235-6817<br>Fax:  617-235-6899<br>tony.lu@dentons.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

A copy of the foregoing will also be sent via electronic mail to the recipient below:

Douglas Carp and Robert Carp
21 Eastern Point Road
Gloucester, MA 01930
Phone: 213-533-0053
rcarp@post.harvard.edu
bobcarp522@gmail.com
***PRO SE***

/s/*Tony K. Lu*
Tony K. Lu

2